# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | MOISES FIGUERORA & MARIA RODRIQUEZ |
| Case Number: | 2:09-bk-33824-SSC    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, JUNE 23, 2010 01:30 PM   7TH FLOOR #701 |
| Bankruptcy Judge: | SARAH SHARER CURLEY |
| Courtroom Clerk: | WANDA GARBERICK |
| Reporter / ECR: | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY EMC MORTGAGE CORP.

R / M #:   23 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR MOISES FIGUERORA RODRIQUEZ, MARIA RODRIQUEZ

## Proceedings:

Mr. Abujbarah states that parties have agreed to six month cure, but still need to verify the payments made.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO JULY 20, 2010 AT 1:30 P.M.